UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMICA JOHNSON,

    Plaintiff,

v.

AETNA LIFE INSURANCE CO.,

    Defendant.
_____/

Case No. 08-12852

Honorable Nancy G. Edmunds

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [37]**

At a hearing held on January 14, 2015 this matter came before the Court on Plaintiff's motion for summary judgment [37]. Being fully advised in the premises, having read the pleadings, and for the reasons stated at the hearing, Plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff is entitled to the funds on deposit with the Court under the interpleader order [Dkt #9] issued on September 4, 2008, less any deductions authorized thereunder. The funds should be jointly issued in the name of Tamica Johnson and Baldwin Legal Services PLLC, and mailed to 900 Wilshire Dr. Suite 202, Troy, MI 48084.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: January 23, 2015

CERTIFICATION

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 23, 2015, by electronic and/or ordinary mail.

        s/Carol J. Bethel
        Case Manager